FILED  
United States Court of Appeals  
Tenth Circuit  

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

April 17, 2018

Elisabeth A. Shumaker  
Clerk of Court

_____

WHEELER'S MEAT MARKET, INC., an Oklahoma domestic corporation,

    Plaintiff - Appellant,

v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a foreign for profit insurance corporation,

    Defendant - Appellee.

No. 18-6051  
(D.C. No. 5:17-CV-00523-M)  
(W.D. Okla.)

_____

**ORDER**
_____

    The stipulation filed by the parties to dismiss the captioned appeal is granted.

Each party shall bear its own costs.

    A copy of this order shall stand as and for the mandate of this court.

                      Entered for the Court

                      ELISABETH A. SHUMAKER, Clerk