UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) WHEELERS MEAT MARKET, INC., An Oklahoma Domestic Corporation,<br><br>Plaintiff,<br><br>v.<br><br>1) TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, A Foreign For Profit Insurance Corporation,<br><br>Defendant. | Case No. CIV-17-523-R |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the attorneys of record for all parties, pursuant to Fed.R.Civ.P. 41, and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, with each party to bear its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Respectfully submitted,

 /s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
Michael D. McGrew & Associates, PC
400 N. Walker, Suite 115
Oklahoma City, Oklahoma 73102
*Attorney for Plaintiff*

AND

/s/ Darrell W. Downs
R. STRATTON TAYLOR, OBA #10142
staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
ddowns@soonerlaw.com
LEAH MESSNER, OBA #22084
lmessner@soonerlaw.com
**TAYLOR, FOSTER, MALLETT,
DOWNS, RAMSEY & RUSSELL**, P.C.
400 West Fourth Street
P.O. Box 309
Claremore, Oklahoma 74018
Telephone:    (918) 343-4100
Facsimile:    (918) 343-4900